

AO 241
(Rev. 2/04)

07-233 Page 2

07-233

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: Delaware |
|---|---|

| Name (under which you were convicted): Ben Roten | Docket or Case No.: |
|---|---|

| Place of Confinement: Sussex Correctional Institution | Prisoner No.: 520385 |
|---|---|

| Petitioner (include the name under which you were convicted) Benny Paul Roten Ben Roten | Respondent (authorized person having custody of petitioner) v. Mike Deloy |
|---|---|

The Attorney General of the State of Delaware, Beau Biden

### PETITION

1.    (a) Name and location of court that entered the judgment of conviction you are challenging:

    Superior Court of The State of Delaware
    in and for Sussex County

    (b) Criminal docket or case number (if you know): Case No. 0401005180

2.    (a) Date of the judgment of conviction (if you know): 8-6-2004

    (b) Date of sentencing: 9-24-2004

3. Length of sentence: 30 Years

4. In this case, were you convicted on more than one count or of more than one crime? ■ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

    Assault in the 1st degree
    and
    Aggravated menacing

6.    (a) What was your plea? (Check one)

    ☐ (1)    Not guilty      ☐ (3)    Nolo contendere (no contest)

    ■ (2)    Guilty          ☐ (4)    Insanity plea

**FILED**

APR 30 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SO Scanned
NO FEE

AO 241
(Rev. 12/04)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I Plead guilty to Assault 1st degree and to Aggravated Menacing,

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only    N/A

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☐ No

8. Did you appeal from the judgment of conviction?

☐ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Supreme Court of The State of Delaware

(b) Docket or case number (if you know): Case No. 464, 2004.

(c) Result: Affirmed

(d) Date of result (if you know): 9-15-05

(e) Citation to the case (if you know):

(f) Grounds raised: ① That the Superior Court abused its discretion by failing to hold an evidentiary hearing before denying Roten's motion to withdrawl his guilty Plea. ② And that Roten had a "fair" and "Just" Reason to withdrawl his Plea, Because withdrawing the plea would not have Prejudiced the State.

(g) Did you seek further review by a higher state court?    ☐ Yes    ☐ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

AO 241
(Rev. 12/04)

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ■ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions
concerning this judgment of conviction in any state court?    ■ Yes    ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: Superior Court of the State of Delaware In and for Sussex County

(2) Docket or case number (if you know): NO. 0401005180

(3) Date of filing (if you know): 2-28-06

(4) Nature of the proceeding: Rule 61 Post Conviction

(5) Grounds raised:

(1). The Superior Court Abused Its discretion by denying the defendants motion to withdrawl the guilty plea, And should of held an evidentuary hearing.

(2). Ineffective Assistance of Counsel.

(3). Defendant argues that he was entitled to a Jury trial before the sentence was imposed.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ■ No

(7) Result:

(8) Date of result (if you know):

AO 241
(Rev. 12/04)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Supreme Court of The State of Delaware

(2) Docket or case number (if you know): No. 290, 2006

(3) Date of filing (if you know): 11 - 10 - 06

(4) Nature of the proceeding: Post - Conviction Appeal

(5) Grounds raised:

See attached Page

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐  Yes    ☑  No

(7) Result: Judgement Affirmed

(8) Date of result (if you know): 3 - 15 - 07

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

Grounds Raised

1. The Trial Court Judge abused his discretion in not allowing Appellant to withdraw his plea and incorrectly held that the claim was barred under Rule 61 (i) (3) because the issue was conceded on direct appeal, and under (i) (4) because the Supreme Court held that no hearing was required to explain the State's burden By plea withdrawal.

2. The Trial Court Judge made erroneous findings of facts and conclusions of law with respect to counsel's ineffective assistance — especially with respect to not having counsel respond to the allegations at an evidentiary hearing or in affidavit. The Trial Judge applied an incorrect legal standard to the claims that counsel was ineffective in not investigating Appellant's mental health status, and the Court holding him to checked boxes in the TIS Guilty plea form and Colloguy.

3. The Trial Court Judge made plain error with respect to not clarifying that "drugs" in the TIS Guilty plea form implied legally (legally) administered medications for bi-polar disorder; and for not having counsel inquire into the issue, subpoena prison records, et cetera,

AO 241
(Rev. 12/04)

(5) Did you receive a hearing where evidence was given on your petition, application, or motion?

[ ] Yes ___ No

(7) Result

(3) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

( ) First petition: ■ Yes ☐ No

( ) Second petition: ■ Yes ☐ No

( ) Third petition: ☐ Yes ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: The Supreme Court committed error in dismissing the defendants appeal argument of Trial Court error, ie, failure to withdraw Plea.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Supreme Court erred when it summary dismissed The appeal of The Superior Court's denial of a motion to withdraw a guilty Plea, Which deprives Appellant due Process of law guaranteed under the United States Constitution, Amendment 14, and the Delaware Constitution, Article I & 7.

(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241
(Rev. 12/04)

(c)   **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        Yes ■   No

(2) If you did not raise this issue in your direct appeal, explain why: My Public Defender (Jamie Nutter) did my direct appeal, and did not raise the issues that I wanted to raise. The Superior Court Judge ordered Mr Nutter to

(d) **Post-Conviction Proceedings:** do my appeal even though there was a Conflict of Interest

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

■ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 61 Post-Conviction

Name and location of the court where the motion or petition was filed: The Superior Court of The State of Delaware In and For Sussex County

Docket or case number (if you know): No. 0401005180

Date of the court's decision: 5-18-06

Result (attach a copy of the court's opinion or order, if available): Judgement Affirmed

(3) Did you receive a hearing on your motion or petition?        ☐ Yes   ■ No
(4) Did you appeal from the denial of your motion or petition?        ■ Yes   ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ■ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of The State of Delaware

Docket or case number (if you know): No. 290, 2006

Date of the court's decision: 3-15-07

Result (attach a copy of the court's opinion or order, if available): Judgement Affirmed

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241
(Rev. 12/04)

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:

**GROUND TWO:** The Supreme Court Committed error in denying the Petitioners appeal of Trial Court error, ie. Trial Courts application of law was erroneous.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Supreme Court erred when it summary dismissed The appeal of The Superior Courts factual findings and conclusions of law Which are erroneous with respect to the Performance of Counsel for the appellant and Resultantly, further the violation of appellant's right to effective assistance of Counsel under The United States Constitution, Amendment's 6, 14

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☐ Yes     ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: My Public Defender (Jamie Nutter) did my direct appeal, and did not raise the issues that I wanted to raise, The Superior Court Judge orderd Mr Nutter to do my appeal

(d)     **Post-Conviction Proceedings:** even though there was a Conflict of Interest.

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 61 Post - Conviction

Name and location of the court where the motion or petition was filed: The Superior Court of The State of Delaware In and for Sussex County

Docket or case number (if you know): No. 0401005180

Date of the court's decision: 5-18-06

AO 241
(Rev. 12/04)

Page 9

Result (attach a copy of the court's opinion or order, if available): Denied

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: The Supreme Court of The State of Delaware

Docket or case number (if you know): No. 290, 2006

Date of the court's decision: 3-15-07

Result (attach a copy of the court's opinion or order, if available): Judgement Affirmed

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you : have used to exhaust your state remedies on Ground Two

**GROUND THREE:** The Supreme Court committed error in denying the Petitioners appeal of Trial Court error, ie. Trial Court committed plain error.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Supreme Court erred when it summary dismissed The appeal of The Superior Court's decision where the Trial Court Judge made plain error with respect to not clarifying that "drugs" in the TIS Guilty Plea form implied legally (legally) administered medications for Bi-Polar disorder; and for not having counsel inquire into the issue, subpoena prison records, et cetera.

Case 1:07-cv-00233-JJF    Document 1    Filed 04/30/2007    Page 10 of 18

AO 241
(Rev. 12/04)

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ■ No

(2) If you did not raise this issue in your direct appeal, explain why: My Public Defender (Jamie Nutter) did my direct appeal and did not raise the issues that I wanted to raise, The Superior Court Judge orderd Mr Nutter to do my appeal

(d) **Post-Conviction Proceedings:** even though there was a Conflict of Interest,

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

■ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 61 Post—Conviction

Name and location of the court where the motion or petition was filed: The Superior Court of The State of Delaware In and for Sussex County

Docket or case number (if you know): No. 0401005180

Date of the court's decision: 5-18-06

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ■ No

(4) Did you appeal from the denial of your motion or petition?    ■ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ■ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: The Supreme Court of The State of Delaware

Docket or case number (if you know): No. 290, 2006

Date of the court's decision: 3-15-07

Result (attach a copy of the court's opinion or order, if available): Judgement Affirmed

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)      **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ❑ Yes      ❑ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)      **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❑ Yes    ❑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241
(Rev. 12/04)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 12/04)

13.     Please answer these additional questions about the petition you are filing:

(a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    ■ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b)     Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    ☐ Yes    ■ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    ☐ Yes    ■ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

AO 241
(Rev. 12/04)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing: Jamie Nutter, Public Defenders Office, 14 The Circle, 2nd Floor Georgetown, Del 19947

(b) At arraignment and plea: Jamie Nutter, Public Defenders Office 14 The Circle, 2nd Floor Georgetown, Del 19947

(c) At trial

(d) At sentencing: Jamie Nutter, Public Defenders Office 14 The Circle, 2nd Floor Georgetown, Del 19947

(e) On appeal: Jamie Nutter, Public Defenders Office 14 The Circle, 2nd Floor Georgetown, Del 19947

(f) In any post-conviction proceeding: Pro - se

(g) On appeal from any ruling against you in a post-conviction proceeding: Pro - se

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☐ Yes    ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☐ Yes    ☐ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 12/04)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.    § 2244(d) provides in

part that:

    (1)        A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

                (A)      the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

                (B)      the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

                (C)      the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

                (D)      the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 12/04)

Page 16

(2)     The time during which a properly filed application for State post-conviction or other collateral review
with respect to the pertinent judgment or claim is pending shall not be counted toward any period of
limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: That all convictions be reversed, and remanded for further Proceedings.

or any other relief to which petitioner may be entitled.

Pro se¹ Buy Rote
_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on   4-24-07   (month, date, year).

Executed (signed) on   4-24-07   (date).

Buy Rote
_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

_____
[insert appropriate court]

* * * * *

I would like to ask the court to look at this case law.

① US. v Cole, 813 F.2d 43 (3rd Cir 1987)
    Failure of a Court to pursue issue of defendant's state of mind after learning that he had injested drugs prior to entering guilty plea left question as to defendant's ability to knowingly and intelligently enter plea.

② Miles v Stainer, 108 F.3d 1109 (9th Cir 1997)
    State Courts failure to inquire if defendant, who had been taking large doses of antipsychotic drugs, had stopped taking the medication prior to entering guilty plea raised a reasonable doubt about the defendants competency to enter plea.

I would also like the Court to look at exibit A-1 and A-2 letters from the CMS Mental Health Director, Vincenza L. Fabber, And CMS psychiatrist, Elena Padrell, MD. The letters will show the dates that I was on and off of the medication, which will show that I was on medication when I took the guilty plea.
                    Thank You For any help
in this matter, Sincerly
                    Bun Roth

SBI # 520385

I/M: Benny Roten     BLDG. MSB A-teir
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

$ 2.79

1777  U.S. POSTAGE  PB 2230370 *
7902  $02.79    APR 26 07 *
8710                19947 *

U.S. District Court of Delaware
Lock Box 19
King Street
Wilmington, DE
          17801