In The United States District Court District of Delaware

Ben Roten
    v
Mike Deloy

Case Number 1:07-cv-233 (JJF)

FILED

JUN 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion for Appointment of Counsel      BD scanned

Comes Now Ben Roten to this Honorable Court to ask for Appointment of Counsel.

① I only have a "6ED", It is hard for me to Comprehend all of the legal term's and words used by the court.

② A Counsel would be better suited to explain my case, And help me show this Honorable Court how the Superior, and Supreme Court's violated my Constitutional rights.

For The reason's Stated above I Pray this Honorable Court grant's this Motion for Appointment of Counsel.

Sincerly Ben Roten JBI# 520385
S.C.I.
P.O. Box 500
Georgetown, DE 19947

Date: 6-24-07

# 520385

I/M: Ben Roten     BLDG: MSB
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE     19947

1907  U.S. POSTAGE  PB 2 2 3 0 3 7 0 *
7964  $00.410  JUN 25 07 *
6621  FROM ZIP CODE  19947 *

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
                        19801 - 3570

19801#3570 C012