AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07-233 JJF

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*



RECEIVED
AUG 3 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

___8-28-07___
(Date forms issued)

___[signature]___
(Signature of Party or their Representative)

___Ben Roten___
(Printed name of Party or their Representative)

Please complete and return to US District Court.

Note: Completed receipt will be filed in the Civil Action