**D.I. #**_____

# CIVIL ACTION
# NUMBER: 07-233

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

