D.I. #_____

# CIVIL ACTION
# NUMBER: 07-233

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage                $ 1.48
Certified Fee            2.65
Return Receipt Fee       2.15
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $ 6.28

Sent To    LOREN MEYERS              07-233
Street, Apt. No.;   DEPUTY ATTORNEY GENERAL
or PO Box No.       DEPARTMENT OF JUSTICE
City, State, ZIP+4  820 N. FRENCH STREET

7003 1680 0002 2585 9042

PS Form 3800, June 2002     See Reverse for Instructions
```

FILED
OCT - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE