

United States District Court
For the District of Delaware



## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 07cv233JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): Jeremy Brown    C. Date of Delivery: 10/2/07<br>D. Is delivery address different from item 1? ☐ Yes    If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>WARDEN RICK KEARNEY<br>SUSSEX CORRECTIONAL INSTITUTE<br>P.O. BOX 500<br>GEORGETOWN, DE 19947 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from se...): 7005 1820 0004 3169 6374 | 07cv233JJF |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |

FILED OCT -3 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE