## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEN ROTEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. Act. No. 07-233-JJF |
| | ) |
| MIKE DELOY, et al., | ) |
| | ) |
| Respondents. | ) |

### MOTION FOR EXTENSION OF TIME TO FILE ANSWER

1. The petitioner, Ben Roten, has applied for federal habeas relief challenging the validity of his convictions. (D.I. 1).

2. By the terms of the Court's order, the respondent is directed to answer the petition and attach to the answer certified copies of the state court records material to the questions raised in the petitioner's writ. (D.I. 8)

3. The undersigned has completed a draft answer to the petition, but is awaiting review of that answer by his supervisor. Respondent seeks two additional weeks for the review to be completed. This is Respondent's first request for an extension of time.

4. Respondent submits that an extension of time to and including November 30, 2007 in which to complete the answer and file state court records in this case is reasonable.

                    STATE OF DELAWARE
                    DEPARTMENT OF JUSTICE

                    /s/ Gregory E. Smith
                    Gregory E. Smith, I.D. No. 3869
                    Deputy Attorney General
                    820 North French Street, 6th Floor
                    Carvel State Building
                    Wilmington, Delaware 19801
                    (302) 577-8398

Dated: November 16, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEN ROTEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. Act. No. 07-233-JJF |
| | ) |
| MIKE DELOY, et al., | ) |
| | ) |
| Respondents. | ) |

STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

COMES NOW, Deputy Attorney General Gregory E. Smith, Counsel for Respondent, and pursuant to D. Del. LR 7.1.1 does hereby make the following statement:

1. The undersigned has not corresponded or attempted to contact Petitioner as he is incarcerated, but anticipates that the instant Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: November 16, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEN ROTEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civ. Act. No. 07-233-JJF |
| | ) |
| MIKE DELOY, et al., | ) |
| | ) |
| Respondents. | ) |

### ORDER

Whereas, Respondent Mike Deloy has requested an extension of time in which to answer Roten's petition for writ of habeas corpus and has presented reasonable cause for the request;

IT IS SO ORDERED this _____ day of _____, 2007, that Respondent's answer shall be due on or before November 30, 2007.

_____
Joseph J. Farnan, Jr.
United States District Judge

## CERTIFICATION OF SERVICE

The undersigned certifies that on November 16, 2007, he electronically filed the attached *Motion for Extension of Time* with the Clerk of Court using CM/ECF. The undersigned further certifies that on November 16, 2007 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Benny Ray Roten
SBI No. 520385
Sussex Correctional Institution
P.O. Box 500
Georgetown, Delaware  19947

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        /s/ Gregory E. Smith
                                        Gregory E. Smith, ID # 3869
                                        Deputy Attorney General
                                        820 North French Street, 7th Floor
                                        Carvel State Building
                                        Wilmington, Delaware 19801
                                        (302) 577-8398