IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BEN ROTEN,                        )
                                  )
            Petitioner,           )
                                  )
      v.                          )     Civ. Act. No. 07-233-JJF
                                  )
MIKE DELOY, et al.,               )
                                  )
            Respondents.          )

ORDER

Whereas, Respondent Mike Deloy has requested an extension of time in which to answer Roten's petition for writ of habeas corpus and has presented reasonable cause for the request;

IT IS SO ORDERED this __19__ day of __November__, 2007, that Respondent's answer shall be due on or before November 30, 2007.

_____
Joseph J. Farnan, Jr.
United States District Judge