IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEN ROTEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. Act. No. 07-233-JJF |
| | ) |
| MIKE DELOY, et al., | ) |
| | ) |
| Respondents. | ) |

MOTION FOR EXTENSION OF TIME TO FILE ANSWER

1. The petitioner, Ben Roten, has applied for federal habeas relief challenging the validity of his convictions. (D.I. 1).

2. By the terms of the Court's order, the respondent is directed to answer the petition and attach to the answer certified copies of the state court records material to the questions raised in the petitioner's writ. (D.I. 8)

3. The undersigned has completed a draft answer to the petition, but is still awaiting review of that answer by his supervisor. Respondent seeks two additional business days for the review to be completed. Furthermore, Respondent seeks and additional month to obtain and file certified state court records. This is Respondent's second request for an extension of time.

4.  Respondent submits that an extension of time to and including December 4, 2007 in which to complete the answer, and an extension of time until December 28, 2007 to filed certified state court records in this case is reasonable.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398

Dated: November 29, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEN ROTEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 07-233-JJF |
| | ) | |
| MIKE DELOY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

COMES NOW, Deputy Attorney General Gregory E. Smith, Counsel for Respondent, and pursuant to D. Del. LR 7.1.1 does hereby make the following statement:

1. The undersigned has not corresponded or attempted to contact Petitioner as he is incarcerated, but anticipates that the instant Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
Dated: November 29, 2007                (302) 577-8398

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEN ROTEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 07-233-JJF |
| | ) | |
| MIKE DELOY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER

Whereas, Respondent Mike Deloy has requested an extension of time in which to answer Roten's petition for writ of habeas corpus and has presented reasonable cause for the request;

IT IS SO ORDERED this ____ day of _____, 2007, that Respondent's answer shall be due on or before December 4, 2007, and copies of certified state court records shall be filed on or before December 28, 2007.

_____
Joseph J. Farnan, Jr.
United States District Judge

## CERTIFICATION OF SERVICE

The undersigned certifies that on November 29, 2007, he electronically filed the attached *Motion for Extension of Time* with the Clerk of Court using CM/ECF. The undersigned further certifies that on November 16, 2007 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Benny Ray Roten
SBI No. 520385
Sussex Correctional Institution
P.O. Box 500
Georgetown, Delaware  19947

                                                STATE OF DELAWARE
                                                DEPARTMENT OF JUSTICE

                                                /s/ Gregory E. Smith_____
                                                Gregory E. Smith, ID # 3869
                                                Deputy Attorney General
                                                820 North French Street, 7th Floor
                                                Carvel State Building
                                                Wilmington, Delaware 19801
                                                (302) 577-8398