IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEN ROTEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. Act. No. 07-233-JJF |
| | ) |
| MIKE DELOY, et al., | ) |
| | ) |
| Respondents. | ) |

NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby submit copies of the following certified state court records:

a.  Appellant's opening brief and appendix, *Benny R. Roten v. State of Delaware*, No. 464, 2004, filed June 27, 2005.

b.  State's answering brief and appendix, *Benny R. Roten v. State of Delaware*, No. 464, 2004, filed July 27, 2005.

c.  Order, *Benny R. Roten v. State of Delaware*, No. 464, 2004, dated September 15, 2005.

d.  Appellant's opening brief and appendix, *Benny R. Roten v. State of Delaware*, No. 290, 2006, filed November 17, 2006.

e.  State's motion to affirm, *Benny R. Roten v. State of Delaware*, No. 290, 2006, filed November 29, 2006.

f.  Order, *Benny R. Roten v. State of Delaware*, No. 290, 2006, dated March 15, 2007.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Gregory E. Smith
    Gregory E. Smith, I.D. No. 3869
    Deputy Attorney General
    820 North French Street, 7th Floor
    Carvel State Building
    Wilmington, Delaware 19801

Dated: December 18, 2007    (302) 577-8398

## CERTIFICATION OF SERVICE

The undersigned certifies that on December 18, 2007, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned further certifies that on December 18, 2007 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Benny Ray Roten
SBI No. 520385
Sussex Correctional Institution
P.O. Box 500
Georgetown, Delaware  19947

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        /s/ Gregory E. Smith
                                        Gregory E. Smith, ID # 3869
                                        Deputy Attorney General
                                        820 North French Street, 7th Floor
                                        Carvel State Building
                                        Wilmington, Delaware 19801
                                        (302) 577-8398