## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

Ben Roten
_____
Plaintiff/s

V.

Mike Deloy, et al,
_____
Defendant/s

\* \* \* \* \* \* \*

Civil Action No.: 07-233-JJF

**MOTION FOR** Extension of Time to file Reply Brief

**COMES NOW**, the Plaintiff, Ben Roten _____, pro se who

pursuant to _____ DISTRICT COURT RULE 16.4 _____, moves this

Honorable Court to grant this motion. In support, the following facts are asserted;

① Because the law libary will be closed on 12-21-07 and on 12-24-07. And I will not have access to it. Because my building only goes two days a week.

② Because it would be more convienet for me to get an extension until after the holidays. I would be able to read up and study the cases cited on the Respondents answer brief.



FILED

DEC 20 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ßo scanned

Ben Roten #520395

12-14-07

## CERTIFICATE OF SERVICE

I, Ben Roten _____, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the 14th day of December , 2007.

✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳

✳✳ Circle the Department of Justice you are serving✳✳

Deputy Attorney General
Department of Justice
820 North French Street
Wilmington, DE  19801

Deputy Attorney General
Department of Justice
102 West Water Street
Dover, DE  19904

Deputy Attorney General
Department of Justice
114 East Market Street
Georgetown, DE  19947

12-14-07
**Date Signed**

**Signature of Movant (Notarization not required)**

## In The United States District Court
### For The District of Delaware

Ben Roten

    v.

Mike Deloy, et al

    No. 07-233-JJF

### NOTICE OF MOTION

TO: Deputy Attorney General
Department of Justice
820 North French St.
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the attached Motion for Extension of time to file a Reply Brief **will be presented at the convenience of the Honorable Court.**

Benny Ray Roten #520385
Sussex Correctional Inst.
P.O. Box 500
Georgetown, DE
19947

DATED: 12-14-07

1287 U.S.POSTAGE  PB 2 2 3 0 3 7 0
7969  $00.410  DEC 19 07
7110  FROM ZIP CODE  19947

US District Court
District of Delaware
Lock Box 18 844 King St
Wilmington, DE  19801

I/M: Ben Rotea #50755  BLDG: MSB
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947