In The United States District Court
For The District of Delaware

)
)   Civ. Act. No. 07-233-JJF
)
Ben Roten   )
   Petitioner,   )
)
V.   )
)
Mike Deloy, et, al,   )
   Respondent,   )
)

FILED
JAN 04 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RP scanned

## Reply Brief

Late in the evening of January 6th 2004, Benny Roten and his girlfriend Billie Downs, were at home when a argument occured in which Miss Downs was assaulted by Mr Roten. There was never any physical evidence to prove that Miss Downs was assaulted over and over again, Nor was there any evidence that Miss Down's tried to leave the home, and was repeatedly dragged back into the house to be assaulted over and over again. Nor was there any physical evidence to prove Mr Roten slashed at miss Downs with a pocket knife.

The only physical evidence was that Miss Downs had been assaulted. The rest of the evidence was only Miss Down's statements, never any proven facts. And I never got to rebut Miss Downs story to the police because I never got questioned, because I was passed out due to the Kolonapin pills I had taken the night of the argument. On January 7th in the morning hours the Delaware State Police arrested me, and I was unable to cooperate because of the pills I had taken the night before. Then on March 29th 2004 I was indicted on the following charges; ① Kidnapping in the first degree, ② Attempted Murder in the first degree, ③ Assault in the first degree, ④ Aggravated menacing, ⑤ Refusal to submit photo's, and fingerprints, ⑥ Possession of a deadly weapon during the commission of a felony, and ⑦ Resisting Arrest. On August 6th 2004, I took a Plea to Assault in the first degree, And Aggravated Menacing. On September 3rd 2004, I filed motion to withdraw my Plea, And motion to Disqualify Cansel. On September 24th 2004, The Superior Court denied my motions and sentenced me to a total of thirty (30) years. The 2004 Georgetown Law Journal states, that anyone can withdraw a plea of guilty before there sentenced for any "fair and just" reason. I did try to withdraw my plea before I was sentenced, I tried to show the Superior Court that I was on medication when I accepted the Plea, And I also

tried to disqualify my Counsel and show the Superior Court that he was ineffective by coersing me into a Plea agreement to charges that I didnt even understand. But still my motion was denied. Then when I appealed the denial of my motion to withdraw my plea to the Supreme Court, The Supreme Court sent my case back to Superior Court to see if I wanted to represent myself on appeal. But I did not want to represent myself on appeal I wanted a diffrent lawyer than the one I had to do my appeal, because the lawyer I had could not raise the arguments that I wanted him to raise on appeal, because it was all about showing he was inefective. But the Superior Court told me that I had to do it, or the lawyer I had had to do it. Because I did not want to give up my rights to counsel, The Superior Court forced me to go with the counsel I was trying to disqualify. If the Court will look at the apendix of my Post-Conviction appeal to the Supreme Court Number 290, 2006 on pages 20-25 it is the transcripts of the evidenvary hearing that will show the Superior Court forced me to let the attorney I was disqualifying do my appeal. And also if the Court will look at a exibit I am sending from the medical records from where the hospital had taken Miss Downs blood, It will show that Miss Downs herself was also under the influence of drugs, on the night of the assault. And would make her a unreliable wittness.

Your Honor all I wanted to do was withdraw my guilty plea and stand a fair trial for the charges that was against me. And from the 2004 Georgetown Law Journal I should have been able to withdraw my plea before I was sentenced, I pray this court will look at the facts of my case and please grant my petition.

Sincerly

Ben Roten #520385

S.C.I. P.O. Box 500

Georgetown, DE 19947

```
01/08/2004        PENINSULA REGIONAL MEDICAL CENTER         INPATIENT MEDICAL RE
22:00           100 EAST CARROLL ST. SALISBURY, MD. 21801         PAGE: 5
                  PATRICK E. O'REILLY, MD, LAB DIRECTOR


NAME: DOWNES,YC2117BILL
ADMITTED: 01/07/2004    DISCHARGED: 01/08/2004
H# : 900278338          LOC: ICUC    ROOM: ICC16     AGE :28Y    SEX :F
ACCT: 2001150391        DR : LISCHICK,WALTER (TS       CODE: 5341


************ SPECIAL CHEMISTRY-TOXICOLOGY SCREENING **************

   ABBREV. DRUG SCREEN            <<CONTINUED FROM PREVIOUS PAGE>>
                              STAT
      BENZODIAZEPINE SCREEN
                                    [0-100]      NG/ML
                              BELOW CUTOFF
                              STAT
```



```
      COCAINE METAB. SCRN
                                    [0-200]      NG/ML
                              BELOW CUTOFF
                              STAT
      OPIATE SCREEN
                                    [0-200]      NG/ML
                              BELOW CUTOFF
                              STAT
      PHENCYCLIDINE (PCP) SCREEN
                                    [0-20]       NG/ML
                              BELOW CUTOFF
                              STAT
```

```
******************** TYPE AND SCREEN ************************
TEST:    BLOOD    ANTIBODY    XMATCH
         TYPE     SCREEN      EXPIRES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
01/07   1000 B POS STAT    NEG    01/10/2004
                           STAT   STAT
```

```
DOWNES,YC2117BILL                END OF REPORT                    PAGE: 5
01/08/2004    22:00                              INPATIENT MEDICAL RECORDS COPY
```

## CERTIFICATE OF SERVICE

I, __Benny Roten__, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the 28th day of __December__, 2007.

************************************************

** Circle the Department of Justice you are serving **

(circled:)
Deputy Attorney General
Department of Justice
820 North French Street
Wilmington, DE 19801

Deputy Attorney General
Department of Justice
102 West Water Street
Dover, DE 19904

Deputy Attorney General
Department of Justice
114 East Market Street
Georgetown, DE 19947

__12-28-07__
Date Signed

__Benny Roten__
Signature of Movant (Notarization not required)

I/M: Bea Roten #520385   BLDG: MSB B-teir
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk of District Co
Lok Box 18
844 King St
Wilmington, DE
19861