IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BEN ROTEN,                          :
                                    :
        Petitioner,                 :
                                    :
v.                                  :    Civil Action No. 07-233-JJF
                                    :
MICHAEL DELOY,                      :
Warden, and ATTORNEY                :
GENERAL OF THE STATE                :
OF DELAWARE,                        :
                                    :
        Respondents.                :

**O R D E R**

Petitioner filed a Motion for an Extension of Time to File a Reply to the State's Answer. (D.I. 20.) The record reveals that Petitioner filed a Reply Brief on January 4, 2008. (D.I. 21.) Accordingly, Petitioner's Motion for an Extension of Time is **DENIED** as moot. (D.I. 20.)

January 14, 2008
_____                    _____
        DATE                                UNITED STATES DISTRICT JUDGE