7-15-08

To The Clerk of the U.S. district Court;

Dear Clerk of Court, My name is Ben Roten SBI # 520385, The reason I am writing you is because I would like to know the status of my case, Ben Roten v. Mike Deloy et, Civ. No. 07-233-JJF. I have not heard anything about it, I would Just like to know what is going on. Thank you for your time.

Sincerely,

Ben Roten

FILED
JUL 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
& scanned

Ben Roten #520385
S.C.I. P.O. Box 500
Georgetown, Del 19947

I/M: [illegible] #[illegible]  BLDG: [illegible]
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Del
19801-3570