IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEN ROTEN, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 07-233-JJF |
| | : |
| MIKE DELOY, Warden, and | : |
| ATTORNEY GENERAL OF THE STATE | : |
| OF DELAWARE, | : |
| | : |
| Respondents. | : |

O R D E R

At Wilmington, this 5 day of September, 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Ben Roten's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1.) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE